UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVIS IGLESIAS,

                      Plaintiff,

-against-

DISTRICT ATTORNEY CYRUS VANCE;
PUBLIC DEFENDER TIFFANY WANG,

                      Defendants.

21-CV-2406 (CM)

CIVIL JUDGMENT

Pursuant to the order issued April 19, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the Court's order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   April 19, 2021
            New York, New York

                                        COLLEEN McMAHON
                                       United States District Judge